IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-02446-BNB-PAC

MARION JOHNSON,

Plaintiff,

v.

WILD OATS MARKET, INC.,

Defendant.
_____

## **ORDER**
_____

The Stipulated Dismissal with Prejudice [docket no. 21, filed May 16, 2006], by the parties having come before the Court, and appearing well founded:

IT IS HEREBY ORDERED that this action is dismissed with prejudice, each party to pay its own costs and attorney's fees.

DATED May 16, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge